United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-01032-HWV
Charles Adrian Thurfield, Jr.  Chapter 13
Laura Stacey Thurfield
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Oct 26, 2020     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5255018 | + Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 26 2020 18:35:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION pamb@fedphe.com |
| Jerome B Blank | |

| | |
|---|---|
| | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com |
| Paul Donald Murphy-Ahles | |
| | on behalf of Debtor 1 Charles Adrian Thurfield Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | |
| | on behalf of Debtor 2 Laura Stacey Thurfield pmurphy@dplglaw.com kgreene@dplglaw.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Thomas Song | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION pamb@fedphe.com |
| Thomas Song | |
| | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-01032-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Charles Adrian Thurfield, Jr.  
10538 Wheat Road  
New Park PA 17352

Laura Stacey Thurfield  
10538 Wheat Road  
New Park PA 17352

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/23/2020.

Name and Address of Alleged Transferor(s):

Claim No. 1: Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146

Name and Address of Transferee:

Community Loan Servicing, LLC  
4425 Ponce De Leon Blvd., 5th Floor  
Coral Gable,  
Community Loan Servicing, LLC  
4425 Ponce De Leon Blvd., 5th Floor  
Coral Gable,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/28/20

Terrence S. Miller  
**CLERK OF THE COURT**