# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charles Adrian Thurfield Jr.<br>Laura Stacey Thurfield<br>      Debtor(s) | CHAPTER 13 |
| Community Loan Servicing, LLC, its successors and/or assigns<br>      Movant<br>  vs. | NO. 17-01032 HWV |
| Charles Adrian Thurfield Jr.<br>Laura Stacey Thurfield<br>      Debtor(s) | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>      Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of Community Loan Servicing, LLC, which was filed with the Court on or about **April 15, 2021 (Doc. No. 62)**.

              Respectfully submitted,


              /s/ Rebecca A. Solarz, Esq.
              _____

              Rebecca A. Solarz, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              Phone: (215)-627-1322

Dated: 4/21/2021