United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Charles Adrian Thurfield, Jr.  
Laura Stacey Thurfield  
    Debtors

Case No. 17-01032-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jun 07, 2021     Form ID: 3180W     Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles Adrian Thurfield, Jr., Laura Stacey Thurfield, 10538 Wheat Road, New Park, PA 17352-9508 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway #425, Dallas, TX 75254-8067 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 4896714 | | Accounts Recovery Bureau, Inc., PO Box 70256, Philadelphia, PA 19176-0256 |
| 4896715 | | Apothaker Scian, PC, 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 4896721 | ++++ | GOLDMAN & WARSHAW, 34 MAPLE AVE STE 101, PINE BROOK NJ 07058-9394 address filed with court:, Goldman & Warshaw, 34 Maple Ave Suite 101, Pine Brook, NJ 07058 |
| 4896722 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 4896724 | + | Helena Chemical Company, 62 Mill Road, PO Box 179, Biglerville, PA 17307-0179 |
| 4896725 | | LabCorp, PO Box 2240, Burlington, NC 27216-2240 |
| 4896726 | + | Lee, Green & Reiter, Inc., 115 East High Street, PO Box 179, Bellefonte, PA 16823-0179 |
| 4896727 | + | Mid-Atlantic Seeds, 316 North Albemarle Street, York, PA 17403-1169 |
| 4896730 | + | Nudelman, Klemm & Golub, 425 Eagle Rock Avenue, Suite 403, Roseland, NJ 07068-1717 |
| 4896731 | + | Penlanco FCU, 1701 Manheim Pike, Lancaster, PA 17601-3062 |
| 4896732 | + | Phelan Hallinan Diamond & Jones, One Penn Center Plaza, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 4896733 | | Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 4896734 | + | Risser Grain, 1196 Holtwood Road, Holtwood, PA 17532-9703 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4936393 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2021 19:00:44 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4896716 | + | EDI: TSYS2.COM | Jun 07 2021 22:43:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5255017 | + | EDI: LCIBAYLN | Jun 07 2021 22:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 5255018 | + | EDI: LCIBAYLN | Jun 07 2021 22:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 4896717 | + | Email/Text: notices@burt-law.com | Jun 07 2021 18:48:00 | Burton Neil & Associates, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |
| 4896718 | | EDI: CAPITALONE.COM | Jun 07 2021 22:43:00 | Capital One Bank USA, NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 4896719 | | Email/Text: bankruptcy@cavps.com | Jun 07 2021 18:48:00 | Cavalry Portfolio Services, PO Box 27288, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Tempe, AZ 85285 |
| 4947931 | + | Email/Text: bankruptcy@cavps.com | Jun 07 2021 18:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4896720 | | Email/Text: litbkcourtmail@johndeere.com | Jun 07 2021 18:48:00 | FPC Financial FSB, 6400 NW 86th Street, Johnston, IA 50131 |
| 4975612 | | Email/Text: litbkcourtmail@johndeere.com | Jun 07 2021 18:48:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, Iowa 50131 |
| 5231997 | + | Email/Text: BKRMailOps@weltman.com | Jun 07 2021 18:48:00 | John Deere Financial, c/o Weltman, Weinberg and Reis Co., LPA, P O Box 93784, Cleveland, OH 44101-5784 |
| 4925816 | + | EDI: MID8.COM | Jun 07 2021 22:43:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 4896728 | + | EDI: MID8.COM | Jun 07 2021 22:43:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2709 |
| 4896736 | | Email/Text: Bankruptcy@stearnsbank.com | Jun 07 2021 18:48:00 | Stearns Bank EFD, PO Box 750, Albany, MN 56307-0750 |
| 4896735 | + | Email/Text: DeftBkr@santander.us | Jun 07 2021 18:48:00 | Sovereign Bank, Mail Code: 10-421-MC3, 450 Penn Street, Reading, PA 19602-1011 |
| 4916313 | | EDI: USBANKARS.COM | Jun 07 2021 22:43:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank NA, 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 4896737 | + | EDI: USBANKARS.COM | Jun 07 2021 22:43:00 | US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301-7441 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5367914 | | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, |
| 5367915 | | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable,, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, |
| 4896723 | *+ | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 4896729 | *+ | Midland Funding, LLC, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2709 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Bayview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Laura Stacey Thurfield pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Charles Adrian Thurfield Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor Bayview Loan Servicing LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Charles Adrian Thurfield Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5403<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Laura Stacey Thurfield<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6041<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–01032–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles Adrian Thurfield Jr.                Laura Stacey Thurfield

**By the court:**

6/7/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**