United States Bankruptcy Court

Middle District of Pennsylvania

In re:   Case No. 17-01032-HWV

Charles Adrian Thurfield, Jr.   Chapter 13

Laura Stacey Thurfield

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1   User: AutoDocke   Page 1 of 2
Date Rcvd: Sep 16, 2021   Form ID: fnldec   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Charles Adrian Thurfield, Jr., Laura Stacey Thurfield, 10538 Wheat Road, New Park, PA 17352-9508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Jerome B Blank | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Bayview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | |

| | |
|---|---|
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Laura Stacey Thurfield pmurphy@dplglaw.com  kgreene@dplglaw.com |
| | on behalf of Debtor 1 Charles Adrian Thurfield Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor Bayview Loan Servicing LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Charles Adrian Thurfield Jr., | Chapter  13 |
| **Debtor 1** | |
| | Case No.  1:17−bk−01032−HWV |
| Laura Stacey Thurfield, | |
| **Debtor 2** | |

Social Security No.:
xxx−xx−5403    xxx−xx−6041

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  September 16, 2021    By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

**fnldec** (10/20)